UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLISON-LOUISE SHATTER,

      Plaintiff,

v.

ATCHINSON FORD SALES, INC.,

      Defendant.

Case No. 23-cv-10144
Hon. Matthew F. Leitman

_____/

### ORDER OVERRULING PLAINTIFF'S OBJECTION (ECF No. 49) TO ORDER FOR SANCTIONS (ECF No. 30)

On May 30, 2023, the assigned Magistrate Judge sanctioned Plaintiff Allison-Louise Shatter in the amount of $25.00 due to her failure to follow the Magistrate Judge's prior orders. (*See* Order, ECF No. 30.)  Shatter filed an objection to the sanctions order on May 16, 2023. (*See* Objection, ECF No. 32.)  The Court overruled that objection in a written order dated August 1, 2023. (*See* Order, ECF No. 44.)

On September 7, 2023, Shatter filed a second objection to the imposition of sanctions that was identical to her first objection. (*See* Objection, ECF No. 49.)  For all of the reasons explained in the Court's August 1, 2023, order, **IT IS HEREBY ORDERED** that Shatter's objection to the sanctions order is **OVERRULED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 5, 2024

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 5, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126