UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLISON-LOUISE SHATTER,

      Plaintiff,

Case No. 23-cv-10144
Hon. Matthew F. Leitman

v.

ATCHINSON FORD SALES, INC.,

      Defendant.

_____/

### ORDER DIRECTING DEFENDANT TO FILE MOTION FOR ENTRY OF FINAL JUDGMENT

On December 5, 2023, and January 24, 2024, the Court issued orders in which it determined that Defendant/Counter-Plaintiff Atchinson Ford Sales, Inc. is entitled to judgment in its favor on liability in this action. (*See* Orders, ECF Nos. 79, 91.) Atchinson has now submitted a proposed judgment in which it asks the Court to award it specific amounts in monetary damages. However, the record does not contain evidence supporting the specific amounts claimed as damages. Therefore, the Court directs Atchinson to file a motion for entry of final judgment in which Atchinson provides evidence supporting each of the specific amounts claimed as damages.

Atchinson shall file the motion by not later than **June 17, 2024**.

1

Shatter may respond to the motion by not later than **July 26, 2024**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 1, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 1, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126